**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ADAM WOOD,<br><br>           Plaintiff,<br><br>      vs.<br><br>Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:25-cv-00628-KES-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from the current September 22, 2025 deadline, to October 23, 2025. This is Defendant's first request for an extension.

Defendant requests this extension to further review the administrative record in light of the issues raised in Plaintiff's motion. The undersigned has several competing deadlines in other cases that are pending in this district.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

\\\

\\\

\\\

1

Respectfully submitted,

Dated: September 17, 2025

*/s/ Francesco Benavides\**
(*as authorized via e-mail on September 17, 2025)
FRANCESCO BENAVIDES
Attorney for Plaintiff

Dated: September 17, 2025

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:    */s/ Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1

## ORDER

2      Based on the parties' stipulation for a briefing extension, **IT IS ORDERED** that

3 Defendant shall be granted an extension of time of thirty (30) days to file Defendant's

4 Opposition Brief. The Opposition Brief shall be filed on or before **October 23, 2025,** and all

5 deadlines are modified accordingly.

6

7 IT IS SO ORDERED.

8      Dated:   **September 17, 2025**                    /s/ Erica P. Grosjean

9                                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28